UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAVIER RICO-TORRES          CASE NO: 2:22-CV-01869-APG-BNW
PLAINTIFF
   VS.                      MOTION FOR TIME
DARCY CAMERON ET AL'         EXTENSION
DEFENDANTS

ON 11/8/22 THIS COURT DENIED WITHOUT PREJUDICE MR. RICO-TORRES MOTION TO PROCEED IN FORMA PAUPERIS AND ORDERED HIM TO FILE A COMPLETE APPLICATION INCLUDING 6 MONTH FINANCIAL CERTIFICATE. AS OF THIS DATE NDOC HAS NOT PROVIDED THIS FOR HIM. AS SUCH THIS COURTS ORDER TO FILE IT BY 12/5/22 CAN NOT BE COMPLIED WITH. MR RICO-TORRES REQUESTS A 30 DAY EXTENSION SO HE CAN OBTAIN THIS FINANCIAL STATEMENT AND COMPLY WITH THE COURT ORDER.

DATED THIS 1ST DAY OF DECEMBER 2022

X _____

**ORDER**

IT IS ORDERED that ECF No. 4 is GRANTED.

Plaintiff shall have until January 4, 2023 to comply with the Court's order at ECF No. 3.

IT IS SO ORDERED
DATED: 3:39 pm, December 02, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE