UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAVIER RICO-TORRES        CASE NO: 2:22-CV-01869-APG-BNW
    PLAINTIFF
       VS                 MOTION FOR RECONSIDERATION
DARCY CAMERON ET AL'
    DEFENDANTS

ON 2/24/23 This COURT ENTERED TWO ORDERS. FIRST TO GRANT MR RICO-TORRES MOTION TO PROCEED IN FORMA PAUPERIS AND SECOND DISMISSING The COMPLAINT WITHOUT PREJUDICE. MR RICO-TORRES SUBMITTED A REQUEST FOR VOLUNTARY DISMISSAL A MONTH BEFORE THIS ORDER. HIS MOTION WAS PLACED IN the HAND OF MS GARCIA WHO WAS the LAW LIBRARY SUPERVISOR AT the TIME. MR RICO-TORRES HAD BELIEF THAT SHE HAD IN FACT FILED IT AND HIS CASE WAS IN FACT DISMISSED. MR RICO-TORRES SHOULD NOT BE CHARGED A FEE AS The NEGLIGENCE OF MS GARCIA CAUSED This ISSUE. MR RICO-TORRES ASKS FOR This TO BE GRANTED IN the INTEREST OF JUSTICE AND FAIRNESS

**ORDER**

IT IS ORDERED that ECF No. 12 is GRANTED. The Court gives Plaintiff the benefit of the doubt that he submitted a motion to dismiss to the law library before the Court granted his IFP application. Accordingly, the Court will vacate the portion of its order at ECF No. 9 granting Plaintiff's IFP application and ordering him to pay the filing fee. See ECF No. 9 at 3. The Clerk will send a copy of this order to the attention of Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

IT IS FURTHER RECOMMENDED that this case be dismissed, based on Plaintiff's representation that he attempted to file a motion to dismiss this action.

IT IS SO ORDERED
DATED: 4:41 pm, March 15, 2023

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE