UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAVIER RICO-TORRES,<br><br>    Plaintiff<br><br>v.<br><br>DARCY CAMERON, et al.,<br><br>    Defendants | Case No.: 2:22-cv-01869-APG-BNW<br><br>**Order Accepting Report and Recommendation and Dismissing Case**<br><br>[ECF No. 14] |

On March 15, 2023, Magistrate Judge Weksler recommended that this case be dismissed based on the plaintiff's representation that he attempted to file a motion to dismiss this action. ECF No. 14. Plaintiff Javier Rico-Torres did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Judge Weksler's report and recommendation **(ECF No. 14) is accepted**. Plaintiff Javier Rico-Torres's complaint is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 4th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE